IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _CG_ D.C.

05 DEC 21 PM 1:55

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

```
                                    X
ANTHONY SHORTY,                     X
                                    X
        Petitioner,                 X
                                    X
vs.                                 X        No. 05-2934-Ma/P
                                    X
BRUCE PEARSON,                      X
                                    X
        Respondent.                 X
                                    X
```

---

ORDER DIRECTING PETITIONER TO FILE AN IN FORMA PAUPERIS AFFIDAVIT
OR PAY THE HABEAS FILING FEE

---

Petitioner Anthony Shorty, Bureau of Prisons inmate
registration number 18010-076, an inmate at the Federal
Correctional Institution in Memphis ("FCI-Memphis"), filed a pro se
petition pursuant to 28 U.S.C. § 2241 on December 12, 2005. The
Clerk shall record the respondent as FCI-Memphis Warden Bruce
Pearson.

A habeas petition carries a filing fee of five dollars
($5.00). 28 U.S.C. § 1914(a). Shorty's petition is not accompanied
by either the filing fee or a motion to proceed in forma pauperis.
Accordingly, Shorty is ORDERED either to submit a properly
completed in forma pauperis affidavit demonstrating his indigency,
along with an inmate trust fund account statement, or pay the

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _12-23-05_

2

Dockets.Justia.com

filing fee within thirty (30) days of the entry of this order. The Clerk is ORDERED to mail a copy of the prisoner _in forma pauperis_ affidavit to petitioner along with this order.[1] Failure to timely comply with any requirement of this order will result in dismissal of the petition without further notice for failure to prosecute.

IT IS SO ORDERED this _20th_ day of December, 2005.

_(signature)_

_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

---

[1]     In the interest of expediting this matter, petitioner is advised that, if his inmate trust fund account has a balance of at least twenty-five dollars ($25.00), an application to proceed _in forma pauperis_ will be denied.

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 2 in case 2:05-CV-02934 was distributed by fax, mail, or direct printing on December 23, 2005 to the parties listed.

---

Anthony Shorty
FCI-MEMPHIS
18010-076
P.O. Box 34550
Memphis, TN 38184--055

Honorable Samuel Mays
US DISTRICT COURT